

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00038-CV

**IN RE HALLMARK COUNTY MUTUAL INSURANCE COMPANY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
     Sandee Bryan Marion, Justice
     Luz Elena D. Chapa, Justice

Delivered and Filed: January 22, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On January 15, 2014, relator Hallmark County Mutual Insurance Company filed a petition for writ of mandamus and an emergency motion for temporary relief. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 12-11-27955-MCVAHA, styled *Amado Abascal, III and Rodolfo Flores Galvan and G&M Logistics Corp.*, pending in the 365th Judicial District Court, Maverick County, Texas, and Cause No. 13-06-28584-MCV, styled *Hallmark County Mutual Insurance Company v. G&M Logistics Corporation*, pending in the 293rd Judicial District Court, Maverick County, Texas. The Honorable David Berchelmann, Jr. signed the order consolidating the two causes which is the subject of this original proceeding.